IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRAIG MURFEE ALLEN | CRIMINAL ACTION NO.<br>1:24-cr-00130-TWT-JSA-1 |

ORDER GRANTING ADDITIONAL TIME TO FILE PRETRIAL MOTIONS AND CONTINUING PRETRIAL CONFERENCE

The Court finds that, for good cause shown, it was necessary to extend the time for the Defendant to file pretrial motions and to continue the Pretrial Conference. The Court finds that the interests of justice in continuing the pretrial motions deadline and in rescheduling the Pretrial Conference substantially outweigh the interests of the public and Defendant in the speedy resolution of this matter, and thus the Clerkis directed to count as excludable any delay occurring in extending the motions deadline and the holding of the pretrial conference. 18 U.S.C. § 3161, *et seq*. Specifically, counsel needs more time to continue discussions to regarding a possible plea agreement.

IT IS HEREBY ORDERED that the Pretrial Conference in this matter shall be held on October 16, 2024, at 9:30 a.m., and the Defendant shall file Pretrial Motions on or before October 9, 2024.

SO ORDERED, this 10th day of September, 2024.

_Justin S. Anand_____
HON. JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE