IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 1:24-CR-00130-TWT-JSA |
| CRAIG MURFEE ALLEN, | : |
| | : |
| Defendant. | : |

## ORDER CERTIFYING READY FOR TRIAL

A change of plea hearing is scheduled for October 15, 2024 before District Judge Thomas W. Thrash, Jr. Therefore, the pretrial conference before the undersigned is not needed in this matter.

It is therefore **ORDERED** that the pretrial conference is canceled and that this case be certified as ready for trial.

**IT IS SO ORDERED** this 3rd day of October, 2024.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE