Judge Thrash,

My name is Craig Allen and my case is before your Court. Case number 1:24-CR-00130-TWT-JSA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
OCT 03 2024
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

We have already requested a plea hearing date and I am writing to request an expedited sentencing hearing date. I understand 7 business days from the change of plea date is mandatory before the sentencing date.

My side has been co-operating with the prosecution to help save the Court's time as well as the prosecution's time.

I am requesting consideration to expedite sentencing because my current location is not appropriate and there is risk to my person. Judge Salinas said as much in my bond hearing. In fact she indicated I should be released on bond because my current location is not appropriate and that I needed to prepare for my case. My lawyer Natasha Silas said as much during my bond hearing when she told me "Mr. Allen you will have to stay over the weekend if you can handle it."

We will have my change of plea hearing soon as we have already requested a date and again I am requesting the actual sentencing as soon as possible after the plea hearing if it pleases the Court. We indeed have tried to minimize the Court's time.

Thank You for Your Consideration,

Craig M Allen
Craig M Allen

ATLANTA RPDC 302

1 OCT 2024  PM 6  L

11th District Court
c/o Judge Thrash
75 Ted Turner Dr. SW
Atlanta, GA. 30303

OCT 0 3 2024

Robert A. Deyton
Correctional Facility

30303-335699

A.A.A.F.
11866 Hastings Bridge Rd
Love Joy GA 30250
Allen 1131051